**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SHIRLEY JEAN RUSH                                                                 PLAINTIFF

V.                                          NO: 3:13CV00098 SWW/HDY

MARTY BOYD *et al.*                                                              DEFENDANTS

<u>**ORDER**</u>

      The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT:

      1.     Plaintiff's law library claims against Defendant Brett Duncan and any other Defendants are DISMISSED WITHOUT PREJUDICE, and Duncan's name is removed as a party Defendant.

      2.     All of Plaintiff's other claims against Defendants Tammy Busch, Sandy Carmichael, Randy Taylor, and the Craighead County Jail, are DISMISSED WITH PREJUDICE, and Busch, Carmichael, Taylor, and the Craighead County Jail, are removed as party Defendants.

      3.     Plaintiff is allowed to proceed only on her claims that Defendants Marty Boyd, Kyle French, Rhonda Richey, Kathy Kelly, Theresa Breckengridge, Matt Hall, Harrell, and Does, denied her adequate medical care, and any other claims against Boyd, French, Richey, Kelley,

1

Breckengridge, Hall, Harrell, and Does, are dismissed.

DATED this 27th day of June, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE